UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 14-1395 as

[✔] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Pinnacle Mining Company, LLC

_____ as the
(party name)

[ ] appellant(s)  [✔] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/Christopher D. Pence
(signature)

Christopher D. Pence                          304-345-7250
Name (printed or typed)                       Voice Phone

Hardy Pence PLLC                              304-345-9941
Firm Name (if applicable)                     Fax Number

500 Lee Street East, Suite 701

Charleston WV 25301                           cpence@hardypence.com
Address                                       E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on May 7, 2014 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| James. D. Gardner<br>Snell & Wilmer L.L.P.<br>15 W. South Temple Street, Suite 1200<br>Salt Lake City, UT  84101 | Thomas V. Flaherty<br>Flaherty Sensabaugh & Bonasso, PLLC<br>200 Capitol Street<br>Charleston, WV  25301 |
|---|---|

/s/Christopher D. Pence                       May 7, 2014
Signature                                     Date

05/07/2014
SCC