**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 6, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.   14-1395,        <u>Covol Fuels No. 4, LLC v. Pinnacle Mining Company, LLC</u>
                      5:12-cv-04138

TO:   Jeremy J. Stewart
      Thomas Vincent Flaherty
      James D. Gardner

BRIEF/APPENDIX CORRECTION DUE:  June 16, 2014

Please make the correction identified below and file a corrected document by the due date indicated using the **BRIEF** and **APPENDIX** entry and selecting "Corrected" as a modifier. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

_____

  [ X] <u>See Checklist</u>: Please make corrections identified on attached checklist.


Jeffrey S. Neal, Deputy Clerk
804-916-2702